B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Durst, Patricia Margaret** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-0546** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7994 Grant Court**<br>**Tallahassee, FL**<br>ZIP Code **32309** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Leon** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**         \*\*\* **Kathryn A. Hathaway 622125** \*\*\*
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                               Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Durst, Patricia Margaret** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X  /s/ Kathryn A. Hathaway**       **January 11, 2011** <br>     Signature of Attorney for Debtor(s)          (Date) <br>     **Kathryn A. Hathaway** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)     Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Durst, Patricia Margaret** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X /s/ Patricia Margaret Durst** <br> Signature of Debtor **Patricia Margaret Durst** <br><br> **X** _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> **January 11, 2011** <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> **X** _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |
| **Signature of Attorney\*** <br><br> **X /s/ Kathryn A. Hathaway** <br> Signature of Attorney for Debtor(s) <br><br> **Kathryn A. Hathaway 622125** <br> Printed Name of Attorney for Debtor(s) <br><br> **Hathaway & Sprague, P.A.** <br> Firm Name <br><br> **P.O. Box 3005** <br> **Tallahassee, FL 32315** <br><br> _____ <br> Address <br><br>                 **Email: Information@HathawayLaw.Net** <br> **850-425-4700  Fax: 850-425-4704** <br> Telephone Number <br><br> **January 11, 2011** <br> Date <br><br> *\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> **X** _____ <br><br> _____ <br> Date <br><br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** _____ <br> Signature of Authorized Individual <br><br> _____ <br> Printed Name of Authorized Individual <br><br> _____ <br> Title of Authorized Individual <br><br> _____ <br> Date | |

Patricia Margaret Durst
7994 Grant Court
Tallahassee, FL 32309

Bank Of America
Po Box 1598
Norfolk, VA 23501

City of Tallahassee Utilities
435 N. Macombe St Relay Box
Tallahassee, FL 32301

Kathryn A. Hathaway
Hathaway & Sprague, P.A.
P.O. Box 3005
Tallahassee, FL 32315

Bank of America
PO Box 15028
Wilmington, DE 19850-5028

Colonial Savings & Loa
2600 West Fwy
Fort Worth, TX 76102

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Comcast
PO Box 105184
Atlanta, GA 30348-5184

Advanced Business Systems
1236 N Monroe Street
Tallahassee, FL 32303

Blue Cross & Blue Shield
PO Box 105358
Atlanta, GA 30348-5358

Communications Solutions UnlimiteIn
PO Box 12906
Tallahassee, FL 32317-2906

American Express
PO Box 981535
El Paso, TX 79998-1535

C&N Reporters
PO Box 3093
Tallahassee, FL 32315

Davis Safe & Lock
3208 W Tennessee Street
Tallahassee, FL 32304

American General
1989 Capital Circle NE #11
Tallahassee, FL 32308

Capital City Bank
P.O. Box 900
ATTN:  Legal Desk
Tallahassee, FL 32302

Dex
Attn: Customer Care/Bankruptcy
1615 Bluff City Hwy
Bristol, TN 37620

American General Finan
1660 N Monroe St Ste 8
Tallahassee, FL 32303

CenturyLink
PO Box 96064
Charlotte, NC 28296-0064

Docs
3360 Raymond Diehl Business Ln
Tallahassee, FL 32308

Amex
Po Box 297871
Fort Lauderdale, FL 33329

CenturyLink
PO Box 3089
Huntington, WV 25702-0089

Doris Maloy
Leon Co. Tax Collector
P.O. Box 1835
Tallahassee, FL 32302-1835

AT&T
PO Box 1809
Paramus, NJ 07653-1809

Citi
Po Box 6241
Sioux Falls, SD 57117

Florida Foreclosure Attorneys PLLC
601 Cleveland Street, #690
Clearwater, FL 33755

| | | |
|---|---|---|
| Floridom, Inc.<br>195 Wekiva Springs Rd #360<br>Longwood, FL 32779 | LTD Financial Services<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074 | Receivables Mgmt Services<br>300 Arboretum Place<br>PO Box 26446<br>Richmond, VA 23261-6446 |
| Fsu Credit<br>2806 Sharer Rd<br>Tallahassee, FL 32312 | Martindale Hubbell<br>Lexis Nexis<br>121 Chanlon Road<br>New Providence, NJ 07974 | Regions Bank<br>Subpoena Group - Legal Dept<br>PO Box 11007<br>Birmingham, AL 35288 |
| FSU Credit Union<br>2806 Sharer Road<br>Tallahassee, FL 32312 | Matthew Bender & Co, Inc.<br>PO Box 7247-0178<br>Philadelphia, PA 19170-0178 | RipDotCom Computer Services<br>2704 Roscrea Court<br>Tallahassee, FL 32309 |
| GE Commercial Finance<br>ATTN:  Janell Shaffer<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404 | McNeill Plumbing Contractors, Inc.<br>3505 N Monroe Street<br>Tallahassee, FL 32303 | Safetouch Security<br>9550 Sunbeam Center Drive<br>Jacksonville, FL 32257 |
| Hakan Egri<br>c/o Biancas Restaurant<br>1355 Market Street<br>Tallahassee, FL 32304 | Merit Reporting<br>PO Box 1496<br>Tallahassee, FL 32302 | Sallie Mae<br>Po Box 9500<br>Wilkes Barre, PA 18773 |
| IRS Dept of Treasury<br>PO Box 249<br>Memphis, TN 38101-0249 | Penelope Iliff<br>7994 Grant Court<br>Tallahassee, FL 32309 | Sherrie & Rob Kasper<br>990 Old Farm Road<br>Tallahassee, FL 32311 |
| Jimmy Creamer<br>c/o Jimmy Dye Esq<br>PO Box 4148<br>Tallahassee, FL 32315 | Pitney Bowes<br>c/o Caine & Weiner<br>PO Box 5010<br>Woodland Hills, CA 91365-5010 | Shred-It<br>PO Box 470<br>Midway, FL 32343 |
| John Kenny, Esquire<br>241 East 6th Avenue<br>Tallahassee, FL 32303 | Premier Bank<br>PO Box 3606<br>Tallahassee, FL 32315-3606 | State Farm<br>Insurance Support Center<br>PO Box 588002<br>North Metro, GA 30029-8002 |
| Joretta Iliff<br>3108 McCord Blvd<br>Tallahassee, FL 32303 | Quality Water Supply<br>1700 N. Monroe Street<br>Ste 11-158<br>Tallahassee, FL 32303-0501 | Summit Collection Svcs<br>50 N Franklin Tpke<br>Ho Ho Kus, NJ 07423 |

Summit Collection Svcs Inc.
PO Box 306
Ho Ho Kus, NJ 07423-0306

Wagner & Hunt PA
PO Box 934788
Pompano Beach, FL 33093

Susan H. Griffin Court Reporter
PO Box 473
Thomasville, GA 31799

Susan Harnden
PO Box 7674
Tallahassee, FL 32314-7674

Tann H. Hunt
c/o Thrasher & Heckman
908 N Gadsden Street
Tallahassee, FL 32303

Third Circuit Reporter's & Video
c/o Cassie Minnich
136 SW Nassau Street
Lake City, FL 32025

Thomas P. Crapps
1018 Thomasville Rd #103
Tallahassee, FL 32303

Thomson West
PO Box 6292
Carol Stream, IL 60197-6292

Travelers Insurance
CL Remittance Center
Hartford, CT 06183-1008

Trutech, Inc.
PO Box 6849
Marietta, GA 30065