Form defntc

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

| | |
|---|---|
| In Re:  Patricia Margaret Durst<br>SSN/ITIN: xxx–xx–0546<br>    Debtor | Bankruptcy Case No.:   11–40066–LMK<br><br>Chapter:  7<br>Judge:  Lewis M. Killian Jr. |

**CLERK'S DEFICIENCY NOTICE**

   NOTICE IS GIVEN THAT a deficiency exists (or deficiencies exist) with regard to the document(s) indicated below and/or that you have failed to file a document that is required by the court:

   Attorney Disclosure Statement due 02/16/2011
   Emp Inc Rcds / Stmt No Emp Inc due 02/16/2011
   Chapter 7 Means Test due 02/16/2011
   Schedule A due 02/16/2011
   Schedule B due 02/16/2011
   Schedule C due 02/16/2011
   Schedule D due 02/16/2011
   Schedule E due 02/16/2011
   Schedule F due 02/16/2011
   Schedule G due 02/16/2011
   Schedule H due 02/16/2011
   Schedule I due 02/16/2011
   Schedule J due 02/16/2011
   Statistical Summary (B6) due 02/16/2011
   Statement of Financial Affairs due 02/16/2011
   Statement of Intent due 02/16/2011
   Summary of Schedules due 02/16/2011

   Please cure the above stated deficiencies by submitting the documents within the deadlines indicated for each document. Failure to file all required documents may result in your case being dismissed by the Court.

Dated: 2/3/11                                                                William W. Blevins , Clerk of Court
                                                                             110 East Park Avenue
                                                                             Suite 100
                                                                             Tallahassee, FL 32301

Service to: All Parties in Interest